Certificate Number: 05781-OHN-DE-041598212

Bankruptcy Case Number: 22-60917

05781-OHN-DE-041598212

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 25, 2026, at 2:53 o'clock PM PDT, Jesse Labus Iii completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Ohio.

Date: October 25, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President